AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC, | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No.  8:12-CV-122 |
| AT&T, INC. and AT&T MOBILITY, LLC, | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AT&T Mobility LLC
c/o Registered Agent
C T Corporation System
1024 K Street
Lincoln, NE  68508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael C. Cox, #17588
Daniel J. Fischer, #22272
KOLEY JESSEN P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124; (Telephone) (402) 390-9500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/5/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  8:12-CV-122

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   AT&T Mobility, LLC _____

was received by me on *(date)* _____04/05/2012_____   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served the summons on the registered agent for AT&T Mobility, LLC, CT Corporation
System, 1024 K Street, Lincoln, NE 68508, by certified mail on April 6, 2012.  Per the
attached Postal Service tracking confirmation sheet, the summons was delivered on April
9, 2012.

My fees are $ _____10.34_____ for travel and $ _____ for services, for a total of $ _____10.34_____  .

I declare under penalty of perjury that this information is true.

Date: ____05/03/2012____                        _____
                                                                              *Server's signature*

                                                                 Daniel J. Fischer, #22274 _____
                                                                         *Printed name and title*

                                                                 Koley Jessen P.C., L.L.O.
                                                                 1125 South 103rd Street, Suite 800
                                                                 Omaha, NE  68124 _____
                                                                         *Server's address*

Additional information regarding attempted service, etc:

**English**          **Customer Service**          **USPS Mobile**



Quick Tools                    Ship a Package          Send Mail          Manage Your Mail

# Track & Confirm

**GET EMAIL UPDATES**          

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | L |
|---|---|---|---|---|
| 70101670000128264441 | | Delivered | April 09, 2012, 11:45 am | l |
| | | Arrival at Unit | April 07, 2012, 4:53 am | l |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**

About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.



**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.04 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.34 |

Postmark Here — OMAHA NE WEST OMAHA STA 68124 APR 6 2012 USPS

7010 1670 0001 2826 4441

Sent To **AT&T Mobility LLC**
**c/o Registered Agent**
**C T Corporation System**
Street, Apt. No.; or PO Box No. **1024 K Street**
City, State, ZIP+4 **Lincoln, NE 68508**

PS Form 3800, August 2006                    See Reverse for Instructions