IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T INC. and AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's notice of voluntary dismissal without prejudice as to defendant AT&T Inc., pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (Filing No. 25). The Court finds the voluntary dismissal should be granted. Accordingly,

IT IS ORDERED that AT&T Inc., is dismissed as a party defendant without prejudice.

DATED this 7th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court