IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )         8:12CV122
                              )
      v.                      )
                              )
AT&T MOBILITY, LLC,           )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the joint motion for enlargement of time to submit the parties' planning conference report (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The parties shall have fourteen days after the date of defendant's answer to file their Rule 26(f) report after the Court rules on defendant's motion to dismiss.

DATED this 3rd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court