IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br>AT&T MOBILITY, LLC,               )<br>                                  )<br>            Defendant.            )<br>_____) | 8:12CV122 |
| PRISM TECHNOLOGIES, LLC,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br>SPRINT SPECTRUM L.P.,             )<br>d/b/a SPRINT PCS,                 )<br>                                  )<br>            Defendant.            )<br>_____) | 8:12CV123 |
| PRISM TECHNOLOGIES, LLC,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br>T-MOBILE USA, INC.,               )<br>                                  )<br>            Defendant.            )<br>_____) | 8:12CV124 |
| PRISM TECHNOLOGIES, LLC,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br>UNITED STATES CELLULAR            )<br>CORPORATION, d/b/a U.S.           )<br>CELLULAR,                         )<br>                                  )<br>            Defendant.            )<br>_____) | 8:12CV125 |

```
PRISM TECHNOLOGIES, LLC,       )
                               )
          Plaintiff,           )       8:12CV126
                               )
     v.                        )
                               )
CELLCO PARTNERSHIP d/b/a       )       ORDER
VERIZON WIRELESS,              )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motions to withdraw without prejudice its motions for protective order governing the disclosure and use of discovery materials (Filing No. 62 in 8:12CV122 to withdraw Filing No. 48; Filing No. 61 in 8:12CV123 to withdraw Filing No. 46; Filing No. 58 in 8:12CV124 to withdraw Filing No. 44; Filing No. 57 in 8:12CV125 to withdraw Filing No. 43; and Filing No. 62 in 8:12CV126 to withdraw Filing No. 48).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motions to withdraw without prejudice its motions for protective order are granted.

DATED this 11th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court