IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )      8:12CV122
                                )
      v.                        )
                                )
AT&T MOBILITY, LLC,             )
                                )
            Defendant.          )
_____)
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )      8:12CV123
                                )
      v.                        )
                                )
SPRINT SPECTRUM L.P.,           )
d/b/a SPRINT PCS,               )
                                )
            Defendant.          )
_____)
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )      8:12CV124
                                )
      v.                        )
                                )
T-MOBILE USA, INC.,             )
                                )
            Defendant.          )
_____)
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )      8:12CV125
                                )
      v.                        )
                                )
UNITED STATES CELLULAR          )
CORPORATION, d/b/a U.S.         )
CELLULAR,                       )
                                )
            Defendant.          )
_____)
```

```
PRISM TECHNOLOGIES, LLC,        )
                                )
          Plaintiff,            )        8:12CV126
                                )
     v.                         )
                                )
CELLCO PARTNERSHIP d/b/a        )        ORDER
VERIZON WIRELESS,               )
                                )
          Defendant.            )
_____)
```

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Friday, January 11, 2013, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 11th day of December, 2012.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court