```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES LLC,        )
                               )
              Plaintiff,       )          8:12CV122
                               )
         v.                    )
                               )
AT&T MOBILITY, LLC,            )            ORDER
                               )
              Defendant.       )
_____)
PRISM TECHNOLOGIES LLC,        )
                               )
              Plaintiff,       )          8:12CV123
                               )
         v.                    )
                               )
SPRINT SPECTRUM L.P.,          )
d/b/a SPRINT PCS,              )
                               )
              Defendant.       )
_____)
PRISM TECHNOLOGIES LLC,        )
                               )
              Plaintiff,       )          8:12CV124
                               )
         v.                    )
                               )
T-MOBILE USA, INC.,            )
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motions to strike and re-file its brief in support of its motions for summary judgment confirming the June 11, 1997, priority date of the asserted patents (Filing No. 80 in 8:12CV122, Filing No. 78 in 8:12CV123 and Filing No. 81 in 8:12CV124). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motions to strike are granted.  The clerk of court shall strike the specified briefs.

2)  Plaintiff shall refile the corrected briefs on or before February 20, 2013.

DATED this 13th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court