IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV123 |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT SPECTRUM L.P., | ) | |
| d/b/a SPRINT PCS, | ) | |
| | ) | |
| Defendant. | ) | |
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV125 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, d/b/a U.S. | ) | |
| CELLULAR, | ) | |
| | ) | |
| Defendant. | ) | |

```
PRISM TECHNOLOGIES LLC,      )
                             )
          Plaintiff,         )         8:12CV126
                             )
     v.                      )
                             )
CELLCO PARTNERSHIP d/b/a     )
VERIZON WIRELESS,            )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the defendants' motions for leave to file documents under seal (Filing No. 113 in 8:12CV122; Filing No. 114 in 8:12CV123; Filing No. 117 in 8:12CV124; Filing No. 106 in 8:12CV125; and Filing No. 114 in 8:12CV126). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; defendants' opening brief on claim construction and Exhibits E, GG, HH and II attached to defendants' index of evidence in support thereof shall be filed under seal pending further order of the Court.

DATED this 30th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court