IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV123 |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT SPECTRUM L.P., | ) | |
| d/b/a SPRINT PCS, | ) | |
| | ) | |
| Defendant. | ) | |
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV125 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, d/b/a U.S. | ) | |
| CELLULAR, | ) | |
| | ) | |
| Defendant. | ) | |

```
PRISM TECHNOLOGIES LLC,         )
                                )
               Plaintiff,       )        8:12CV126
                                )
       v.                       )
                                )
CELLCO PARTNERSHIP d/b/a        )
VERIZON WIRELESS,               )
                                )
               Defendant.       )
_____)
```

This matter is before the Court on the plaintiff's motions for leave to file documents as restricted (Filing No. 120 in 8:12CV122; Filing No. 119 in 8:12CV123; Filing No. 123 in 8:12CV124; Filing No. 112 in 8:12CV125; and Filing No. 119 in 8:12CV126). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; plaintiff's motions to file Exhibits M and N to its opening brief in support of its constructions are filed as restricted pending further order of the Court.

DATED this 30th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court