IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV122 |
| ) | | |
| v. ) | | |
| ) | | |
| AT&T MOBILITY, LLC, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV123 |
| ) | | |
| v. ) | | |
| ) | | |
| SPRINT SPECTRUM L.P., ) | | |
| d/b/a SPRINT PCS, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV124 |
| ) | | |
| v. ) | | |
| ) | | |
| T-MOBILE USA, INC., ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV125 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES CELLULAR ) | | |
| CORPORATION, d/b/a U.S. ) | | |
| CELLULAR, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )          8:12CV126
                                )
      v.                        )
                                )
CELLCO PARTNERSHIP d/b/a        )
VERIZON WIRELESS,               )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the parties' joint motion for leave to supplement the record (Filing No. 129 in 8:12CV123; Filing No. 133 in 8:12CV124; Filing No. 124 in 8:12CV125; and Filing No. 129 in 8:12CV126).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions are granted; the parties may file the exhibits to supplement the claim construction record as provided in the motions.

DATED this 9th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court