IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,     )
                             )
            Plaintiff,       )         8:12CV122
                             )
      v.                     )
                             )
AT&T MOBILITY, LLC,          )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the defendant's motion for leave to seal document (Filing No. 199). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Exhibit C to its brief in support of its motion to compel Prism to provide proper responses to AT&T's requests for admissions shall be filed as sealed pending further order of the Court.

DATED this 10th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court