IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )       8:12CV122
                              )
      v.                      )
                              )
AT&T MOBILITY, LLC,           )       ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for leave to seal document (Filing No. 207). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Exhibit B to its response to AT&T's motion to compel shall be filed as sealed pending further order of the Court.

DATED this 16th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court