IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES LLC,        )
                               )
            Plaintiff,         )        8:12CV122
                               )
      v.                       )
                               )
AT&T MOBILITY, LLC,            )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the plaintiff's motions for leave to file documents as restricted (Filing No. 230; Filing No. 234; and Filing No. 238). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; the documents as enumerated in the respective motions are filed as restricted pending further order of the Court.

DATED this 1st day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court