# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br>   v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | Civil Action No. 8:12-cv-122-LES-TDT<br><br>**Jury Trial Requested In Omaha** |
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br>   v.<br><br>SPRINT SPECTRUM L.P.,<br><br>        Defendant. | Civil Action No. 8:12-cv-123-LES-TDT<br><br>**Jury Trial Requested In Omaha** |
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br>   v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | Civil Action No. 8:12-cv-124-LES-TDT<br><br>**Jury Trial Requested In Omaha** |
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br>   v.<br><br>U.S. CELLULAR CORP.,<br><br>        Defendant. | Civil Action No. 8:12-cv-125-LES-TDT<br><br>**Jury Trial Requested In Omaha** |
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br>   v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br>        Defendant. | Civil Action No. 8:12-cv-126-LES-TDT<br><br>**Jury Trial Requested In Omaha** |

## DEFENDANTS' COMMON *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PRISM'S DAMAGES EXPERT MR. JAMES E. MALACKOWSKI

Prism Technologies, LLC's ("Prism") damages expert, Mr. James E. Malackowski, issued an expert report with respect to each of the Defendants AT&T Mobility LLC ("AT&T"), Sprint Spectrum L.P. ("Sprint"), T-Mobile, U.S.A., Inc. ("T-Mobile"), U.S. Cellular Corporation, d/b/a U.S. Cellular ("U.S. Cellular"), and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") (collectively "Defendants").[1] Defendants respectfully request that the Court preclude Mr. Malackowski from testifying as to the opinions expressed in his expert report because those opinions are not based on reliable principles or methodologies, are not based on the facts of the case, and/or are not legally sound. The fatal flaws of Mr. Malackowski's opinions are fully described in the accompanying brief in support of this motion.

Dated: July 7, 2014

By:  s/ Michael T. Hilgers (with permission)

Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Michael J. Abernathy (admitted *pro hac vice*)

By:  s/ Michael K. Huffer (with permission)

Michael K. Huffer, Esq. (#18087)
David A. Blagg (#17473)
Amy M. Locher, Esq. (#24786)
**CASSEM, TIERNEY LAW FIRM**
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
Tel: (402) 390-0300
Fax: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com
amlocher@ctagd.com

---

[1] Pursuant to the Court's Order of June 13, 2014 permitting the filing of a common *Daubert* motion, Defendants have prepared one motion and are submitting this motion and supporting pleadings in each of the above-captioned actions.

Brian J. Arnold (admitted *pro hac vice*)
Christopher Hanba (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street
Chicago, IL 60602-4207
Telephone: 312.372.1121
Facsimile: 312.827.8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

Daniel J. Thomasch (admitted *pro hac vice*)
Josh Krevitt (admitted *pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Tel +1 212.351.3800
Fax +1 212.351.6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC**.

Charles B. Molster III, Esq.
Thomas M. Dunham
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, DC 20006-3817
Tel.:(202) 282-5988
Fax: (202) 282-5100
cmolster@winston.com
tdunham@winston.com

Kurt A. Mathas, Esq.
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
kmathas@winston.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**


By:     s/ David R. Clonts

Kirt S. O'Neill
G. Andrew Rosbrook
**AKIN GUMP STRAUSS HAUER & FELD**
300 Convent Street, Suite 1500
San Antonio, TX  78205
Phone:  (210) 281-7000
koneill@akingump.com
arosbrook@akingump.com
James M. Sulentic No. 19610
John P. Passarelli No. 16018
**KUTAK, ROCK LAW FIRM**
1650 Farnam Street
Omaha, NE  68102-2186
Phone:  (402) 346-6000
Fax:  (402) 346-1148
james.sulentic@kutakrock.com
john.passarelli@kutakrock.com

By:     s/ Michael K. Huffer__(with permission)_____

Michael K. Huffer, Esq. (#18087)
David A. Blagg (#17473)
Amy M. Locher, Esq. (#24786)
**CASSEM, TIERNEY LAW FIRM**
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
Tel: (402) 390-0300
Fax: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com
amlocher@ctagd.com

B. Trent Webb
John D. Garretson
Christine A. Guastello
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.

2

Steven M. Zager
**AKIN GUMP STRAUSS HAUER & FELD**
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
szager@akingump.com

David R. Clonts
Manoj S. Gandhi
**AKIN GUMP STRAUSS HAUER & FELD**
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Phone: (713) 220-5800
dclonts@akingump.com
mgandhi@akingump.com

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**

By: s/ Michael K. Huffer (with permission)

Michael K. Huffer, Esq. (#18087)
David A. Blagg (#17473)
Amy M. Locher, Esq. (#24786)
**CASSEM, TIERNEY LAW FIRM**
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
Tel: (402) 390-0300
Fax: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com
amlocher@ctagd.com

Richard J. O'Brien
Douglas I. Lewis
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Kansas City, MO 64108
Tel. 816-474-6550
Fax. 816-421-5547
bwebb@shb.com
jgarretson@shb.com
cguastello@shb.com

**ATTORNEYS FOR DEFENDANT SPRINT SPECTRUM LP**

3

robrien@sidley.com
dilewis@sidley.com
jzirkle@sidley.com

**ATTORNEYS FOR DEFENDANT
UNITED STATES CELLULAR
CORPORATION**

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2014 true and correct copies of the foregoing were served via the Court's CM/ECF system as follows:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

           s/ David R. Clonts
           David R. Clonts