**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>  v.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Civil Action No. 8:12-cv-122-LES-TDT<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JAMES E. MALACKOWSKI** |
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>  v.<br><br>SPRINT SPECTRUM L.P.,<br><br>    Defendant. | Civil Action No. 8:12-cv-123-LES-TDT<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JAMES E. MALACKOWSKI** |
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>  v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Civil Action No. 8:12-cv-124-LES-TDT<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JAMES E. MALACKOWSKI** |
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>  v.<br><br>U.S. CELLULAR CORP.,<br><br>    Defendant. | Civil Action No. 8:12-cv-125-LES-TDT<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JAMES E. MALACKOWSKI** |
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendant. | Civil Action No. 8:12-cv-126-LES-TDT<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JAMES E. MALACKOWSKI** |

**Exhibit 1**     July 7, 2014 Declaration of Michael T. Hilgers

    **Exhibit A**     Expert Report of James E. Malackowski, *Prism Technologies LLC v. T-Mobile USA, Inc.*, 8:12-cv-124-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit B**     Expert Report of James E. Malackowski, *Prism Technologies LLC v. Cellco Partnership d/b/a Verizon Wireless*, 8:12-cv-126-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit C**     Expert Report of James E. Malackowski, *Prism Technologies LLC v. AT&T Mobility LLC*, 8:12-cv-122-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit D**     Expert Report of James E. Malackowski, *Prism Technologies LLC v. U.S. Cellular Corp.*, 8:12-cv-125-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit E**     Expert Report of James E. Malackowski, *Prism Technologies LLC v. Sprint Spectrum, L.P.*, 8:12-cv-123-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit F**     Excerpt of July 1, 2014 Deposition Transcript James Malackowski, *Prism Technologies LLC v. T-Mobile USA, Inc.*, 8:12-cv-124-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit G**     Excerpt of January 29, 2014 Deposition Transcript of Richard Gregg, *Prism Technologies LLC v. T-Mobile USA, Inc.*, 8:12-cv-124-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit H**     Excerpt of June 24, 2014 Deposition Transcript James Malackowski, *Prism Technologies LLC v. AT&T Mobility LLC*, 8:12-cv-122-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit I**     Excerpt of June 13, 2014 Deposition Transcript John Minor, *Prism Technologies LLC v. AT&T Mobility LLC*, 8:12-cv-122-LES-TDT
**[FILED UNDER SEAL]**

    **Exhibit J**     Expert Report of John B. Minor, *Prism Technologies LLC v. T-Mobile USA, Inc.*, 8:12-cv-124-LES-TDT
**[FILED UNDER SEAL]**

Dated:  July 7, 2014

By:    s/ Michael T. Hilgers (with permission)

Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Michael J. Abernathy (admitted *pro hac vice*)
Brian J. Arnold (admitted *pro hac vice*)
Christopher Hanba (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street
Chicago, IL 60602-4207
Telephone: 312.372.1121
Facsimile: 312.827.8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

Daniel J. Thomasch (admitted *pro hac vice*)
Josh Krevitt (admitted *pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Tel +1 212.351.3800
Fax +1 212.351.6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC**.

By:    s/ David R. Clonts

By:    s/ Michael K. Huffer (with permission)

Michael K. Huffer, Esq. (#18087)
David A. Blagg (#17473)
Amy M. Locher, Esq. (#24786)
**CASSEM, TIERNEY LAW FIRM**
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
Tel: (402) 390-0300
Fax: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com
amlocher@ctagd.com

Charles B. Molster III, Esq.
Thomas M. Dunham
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, DC  20006-3817
Tel.:(202) 282-5988
Fax: (202) 282-5100
cmolster@winston.com
tdunham@winston.com

Kurt A. Mathas, Esq.
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
kmathas@winston.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

By:    s/ Michael K. Huffer (with

2

Kirt S. O'Neill
G. Andrew Rosbrook
**AKIN GUMP STRAUSS HAUER & FELD**
300 Convent Street, Suite 1500
San Antonio, TX 78205
Phone: (210) 281-7000
koneill@akingump.com
arosbrook@akingump.com
James M. Sulentic No. 19610
John P. Passarelli No. 16018
**KUTAK, ROCK LAW FIRM**
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148
james.sulentic@kutakrock.com
john.passarelli@kutakrock.com

Steven M. Zager
**AKIN GUMP STRAUSS HAUER & FELD**
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
szager@akingump.com

David R. Clonts
Manoj S. Gandhi
**AKIN GUMP STRAUSS HAUER & FELD**
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Phone: (713) 220-5800
dclonts@akingump.com
mgandhi@akingump.com

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**


By: s/ Michael K. Huffer_(with permission)

Michael K. Huffer, Esq. (#18087)
David A. Blagg (#17473)
Amy M. Locher, Esq. (#24786)
**CASSEM, TIERNEY LAW FIRM**

permission)

Michael K. Huffer, Esq. (#18087)
David A. Blagg (#17473)
Amy M. Locher, Esq. (#24786)
**CASSEM, TIERNEY LAW FIRM**
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
Tel: (402) 390-0300
Fax: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com
amlocher@ctagd.com

B. Trent Webb
John D. Garretson
Christine A. Guastello
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel. 816-474-6550
Fax. 816-421-5547
bwebb@shb.com
jgarretson@shb.com
cguastello@shb.com

**ATTORNEYS FOR DEFENDANT SPRINT SPECTRUM LP**

3

8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
Tel: (402) 390-0300
Fax: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com
amlocher@ctagd.com

Richard J. O'Brien
Douglas I. Lewis
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
robrien@sidley.com
dilewis@sidley.com
jzirkle@sidley.com

**ATTORNEYS FOR DEFENDANT
UNITED STATES CELLULAR
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2014 true and correct copies of the foregoing were served via the Court's CM/ECF system as follows:

| | |
|---|---|
| **Kramer Levin Naftalis & Frankel LLP** | **Koley Jessen P.C., L.L.O.** |
| Jonathan S. Caplan, Esq. | Michael C. Cox, Esq. (17588) |
| Mark A. Baghdassarian, Esq. | Daniel J. Fischer, Esq. (22272) |
| Marcus A. Colucci, Esq. | 1125 S. 103rd Street, Suite 800 |
| 1177 Avenue of the Americas | Omaha, NE 68124 |
| New York, NY 10001 | Tel: 402.390.9500 |
| Tel: 212.715.9100 | Fax: 402.390.9005 |
| Fax: 212.715.8000 | Mike.cox@koleyjessen.com |
| jcaplan@kramerlevin.com | Dan.fischer@koleyjessen.com |
| mbaghdassarian@kramerlevin.com | |
| mcolucci@kramerlevin.com | **Prism Technologies LLC** |
| | André J. Bahou, Esq. |
| Paul Andre, Esq. | Vice President & Chief IP Officer |
| Lisa Kobialka, Esq. | 878 Arlington Heights Drive, Suite 400 |

4

990 Marsh Road  
Menlo Park, CA 94025  
Tel: 650.752.1700  
Fax: 650.752.1810  
pandre@kramerlevin.com  
lkobialka@kramerlevin.com  

*Attorneys for Plaintiff*  
*Prism Technologies LLC*

Brentwood, TN 37027  
Tel: 615.712.6580  
Fax: 402.578.1447  
Aj.bahou@prsmip.com  

    /s David Clonts  
David Clonts