**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 8:12-cv-122-LES-TDT** |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT AT&T MOBILITY LLC'S
*DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF JAMES E.
MALACKOWSKI**

Prism Technologies, LLC's ("Prism") damages expert, Mr. James E. Malackowski, issued an expert report with respect to Defendant AT&T Mobility LLC ("AT&T"). AT&T respectfully requests that the Court preclude Mr. Malackowski from testifying as to the opinions expressed in his expert report because those opinions are not based on reliable principles or methodologies, are not based on the facts of the case, and/or are not legally sound. The fatal flaws of Mr. Malackowski's opinions are fully described in the accompanying brief in support of this motion.

Dated: July 7, 2014

Respectfully submitted,

*/s/ David R. Clonts*
Kirt S. O'Neill
G. Andrew Rosbrook
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 Convent Street, Suite 1500
San Antonio, TX 78205
Phone: (210) 281-7000
Fax: (210) 224-2035
koneill@akingump.com

1

arosbrook@akingump.com

James M. Sulentic, No. 19610
John P. Passarelli, No. 16018
**KUTAK, ROCK LAW FIRM**
1650 Farnam Street
Omaha, NE 68102-2186
Phone:  (402) 346-6000
Fax:  (402) 346-1148
james.sulentic@kutakrock.com
john.passarelli@kutakrock.com

Steven M. Zager
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002
szager@akingump.com

David R. Clonts
Manoj S. Gandhi
Sarah J. Ring
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1111 Louisiana Street, 44th Floor
Houston, TX  77002-5200
Phone: (713) 220-5800
Fax: (713) 236-0822
dclonts@akingump.com
mgandhi@akingump.com
sring@akingump.com

*Attorneys for Defendant AT&T Mobility
LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

*/s/David R. Clonts*
David R. Clonts

205343804