# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY LLC, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 8:12-cv-122-LES-TDT |

## DEFENDANT AT&T MOBILITY LLC'S
## MOTION FOR LEAVE TO SEAL DOCUMENTS

Pursuant to Nebraska Civil Rule 7.5, Defendant AT&T Mobility LLC ("AT&T") hereby requests leave to file the following documents under seal: Defendant AT&T's Brief in Support of the *Daubert* Motion to Exclude Testimony of James E. Malackowski, and Exhibits 1-38 and 41 in support thereof. In support of this motion, Defendant would show as follows:

1. AT&T is filing a Brief in Support of its Motion to Exclude the Testimony of James E. Malackowski ("Brief"). In support of the Brief, Defendant will be filing Exhibits 1-38 and 41 (the "Sealed Exhibits").

2. The Brief and the Sealed Exhibits consist of documents marked as highly confidential, reflect or quote information that has been designated highly confidential, or otherwise are protected by this Court's Protective Order. See Dkt. No. 72.

3. Filing the Brief and the Sealed Exhibits as sealed documents is necessary to comply with confidentiality designations of these materials under the Court's Protective Order. Redaction is not a feasible option to eliminate or reduce the need to seal these materials, as the entirety or substantially all of these documents reflect confidential information.

1

4. Defendant's request is narrowly tailored, as Defendant does not seek to file the Motion, the Index, or the non-confidentially marked exhibit as sealed or otherwise restricted documents.

5. Defendant will file contemporaneously with this motion the Brief and the Sealed Exhibits as provisionally sealed documents through the Court's CM/ECF system, and will serve a copy of these materials on counsel for Prism. Filing the Exhibits 1 -38 and 41 as restricted access documents is necessary to fully protect the content of the confidential information.

WHEREFORE Defendant respectfully requests leave to file as sealed the Brief in Support of the Motion to Exclude the Testimony of James E. Malackowski and Exhibits 1 – 38, 41 filed in support thereof.

Dated: July 7, 2014

Respectfully submitted,

/s/ David R. Clonts
Kirt S. O'Neill
G. Andrew Rosbrook
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 Convent Street, Suite 1500
San Antonio, TX 78205
Phone: (210) 281-7000
Fax: (210) 224-2035
koneill@akingump.com
arosbrook@akingump.com

James M. Sulentic, No. 19610
John P. Passarelli, No. 16018
**KUTAK, ROCK LAW FIRM**
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148
james.sulentic@kutakrock.com
john.passarelli@kutakrock.com

Steven M. Zager
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036-6745

Phone: (212) 872-1000
Fax: (212) 872-1002
szager@akingump.com

David R. Clonts
Manoj S. Gandhi
Sarah J. Ring
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Phone: (713) 220-5800
Fax: (713) 236-0822
dclonts@akingump.com
mgandhi@akingump.com
sring@akingump.com

*Attorneys for Defendant AT&T Mobility LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

*/s/David R. Clonts*
David R. Clonts