IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PRISM TECHNOLOGIES LLC,

          Plaintiff,

v.

AT&T MOBILITY, LLC,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Civil Action No. 8:12-cv-122-LES-TDT**

**Jury Trial Requested in Omaha**

## INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S UNTIMELY FOURTH AMENDED INITIAL DISCLOSURES AND BELATED PRODUCTION OF OTHER FACT DISCOVERY

Plaintiff Prism Technologies, LLC ("Prism"), by and through its attorneys of record, hereby submits the following evidentiary materials in support of its brief in support of its Motion to Strike Defendant's Untimely Fourth Amended Initial Disclosures and Belated Production of Other Fact Discovery.

| | |
|---|---|
| Exhibit 1 | Declaration of Cristina Martinez, Esq. |
| Exhibit 2 | AT&T Mobility's Fourth Amended Initial Disclosures. |
| Exhibit 3 | Subpoena to Testify at a Deposition in a Civil Action, directed to Syniverse Technologies LLC, dated December 30, 2013 and Affidavit of Service, dated December 31, 2013. |
| Exhibit 4 | Letter from Matthew McNeill, counsel to Syniverse Technologies LLC, dated March 5, 2014. |
| Exhibit 5 | Declaration of Marcus Colucci, Esq. |
| Exhibit 6 | 3/27/2014 e-mail string, bearing the subject line: "RE: Prism Tech Subpoenas to Syniverse Technologies, LLC." |
| Exhibit 7 | Letter from Matthew McNeill, counsel to Syniverse Technologies LLC, dated May 2, 2014. |

KL3 2979181.1

-2-

| | |
|---|---|
| Exhibit 8 | 5/16/2014 e-mail string, bearing the subject line: "RE: Syniverse Production-AT&T." |
| Exhibit 9 | Excerpts from the 6/5/2014 Deposition Transcript of Byron J. Neal. |
| Exhibit 10 | E-mail from Matthew McNeill, counsel to Syniverse Technologies LLC, dated 5/12/2014. |
| Exhibit 11 | Excerpts from the 6/19/2014 Deposition Transcript of Dr. Paul C. Clark. |
| Exhibit 12 | Excerpts from the Expert Report of Dr. Paul C. Clark on Non-Infringement Issues, dated 5/23/2014, without exhibits. |
| Exhibit 13 | 6/6/2014 e-mail string, bearing the subject line: "RE: Prism v. AT&T- Expert Report of Julie Davis." |
| Exhibit 14 | Excerpts from the Expert Report of Julie L. Davis, dated 5/23/2014, without exhibits. |
| Exhibit 15 | AT&T Mobility, LLC's First Set of Interrogatories to Prism. |
| Exhibit 16 | Prism's Second Set of Interrogatories (Nos. 6-10). |
| Exhibit 17 | Relevant portions of Prism's First Set of Requests for Documents and Things to Defendant. |
| Exhibit 18 | Excerpts from the 4/22/2014 Deposition Transcript of Robert Weatherly. |
| Exhibit 19 | 4/20/2014 e-mail string, bearing the subject line: "RE: Prism v. AT&T." |

Dated: July 8, 2014

Respectfully submitted,

By: *s/ Cristina Martinez*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd St., Suite 800
Omaha, NE 68124
Tel: (402) 390-9500
Fax: (402) 390-9005
mike.cox@koleyjessen.com
dan.fischer@koleyjessen.com

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Aaron M. Frankel, Esq.
Marcus A. Colucci, Esq.
Matthew W. Olinzock, Esq.
Cristina Martinez, Esq.
1177 Avenue of the Americas
New York, NY 10036

Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
afrankel@kramrelevin.com
mcolucci@kramerlevin.com
molinzock@kramerlevin.com
cmartinez@kramerlevin.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Dr., Suite 400
Brentwood, TN 37027
Tel: (615) 712-6580
Fax: (402) 578-1447
aj.bahou@prsmip.com

**Kramer Levin Naftalis & Frankel LLP**
Paul Andre, Esq.
Lisa Kobialka, Esq.
William Hannah, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com
whannah@kramerlevin.com

*Attorney for Plaintiff*
*Prism Technologies LLC*

*Attorneys for Plaintiff*
*Prism Technologies LLC*

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 8th day of July 2014.

*s/ Cristina Martinez*
Cristina Martinez

KL3 2979181.1