IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES LLC,       )
                              )
          Plaintiff,          )         8:12CV122
                              )
     v.                       )
                              )
AT&T MOBILITY, LLC,           )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file document as restricted (Filing No. 276). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff's brief in opposition to defendant's motion for protective order is filed as restricted pending further order of the Court.

DATED this 16th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court