IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )        8:12CV122
                              )
      v.                      )
                              )
AT&T MOBILITY, LLC,           )        ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to strike docket entry No. 289 and to re-file corrected documents (Filing No. 294). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Docket No. 289 shall be stricken, and Docket No. 293 is deemed the correct replacement document.

DATED this 22nd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court