IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's motions for leave to restrict documents (Filing No. 279; Filing No. 282 and Filing No. 290). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; the documents as enumerated in the motions are filed as restricted pending further order of the Court.

DATED this 22nd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court