IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's motions for leave to restrict documents (Filing No. 298 and Filing No. 300). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; the documents as enumerated in the motions are filed as restricted pending further order of the Court.

DATED this 23rd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court