IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES LLC,      )
                             )
          Plaintiff,         )      8:12CV122
                             )
     v.                      )
                             )
AT&T MOBILITY, LLC,          )      ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the defendant's motions for leave to file documents as restricted (Filing No. 305). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the documents as enumerated in the motion are filed as restricted pending further order of the Court.

DATED this 30th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court