IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES LLC,          )
                                 )
            Plaintiff,           )          8:12CV122
                                 )
        v.                       )
                                 )
AT&T MOBILITY, LLC,              )          ORDER
                                 )
            Defendant.           )
_____)


        This matter is before the Court on plaintiff's motion
for leave to file document as restricted (Filing No. 313).  The
Court finds the motion should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted; the documents
enumerated in plaintiff's motion are filed as restricted pending
further order of the Court.

        DATED this 31st day of July, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court