IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES LLC,       )
                              )
           Plaintiff,         )         8:12CV122
                              )
      v.                      )
                              )
AT&T MOBILITY, LLC,           )         ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on the defendant's motion for leave to seal documents (Filing No. 268) and motion for leave to restrict documents (Filing No. 329). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; the documents as enumerated in the respective motions are filed sealed and as restricted pending further order of the Court.

DATED this 5th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court