IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,           )
                                   )
            Plaintiff,             )          8:12CV122
                                   )
        v.                         )
                                   )
AT&T MOBILITY, LLC,                )          ORDER
                                   )
            Defendant.             )
_____)
PRISM TECHNOLOGIES, LLC,           )
                                   )
            Plaintiff,             )          8:12CV123
                                   )
        v.                         )
                                   )
SPRINT SPECTRUM L.P.,              )
d/b/a SPRINT PCS,                  )
                                   )
            Defendant.             )
_____)
PRISM TECHNOLOGIES, LLC,           )
                                   )
            Plaintiff,             )          8:12CV124
                                   )
        v.                         )
                                   )
T-MOBILE USA, INC.,                )
                                   )
            Defendant.             )
_____)
PRISM TECHNOLOGIES, LLC,           )
                                   )
            Plaintiff,             )          8:12CV125
                                   )
        v.                         )
                                   )
UNITED STATES CELLULAR             )
CORPORATION, d/b/a U.S.            )
CELLULAR,                          )
                                   )
            Defendant.             )
_____)

```
PRISM TECHNOLOGIES LLC,          )
                                 )
            Plaintiff,           )          8:12CV126
                                 )
        v.                       )
                                 )
CELLCO PARTNERSHIP d/b/a         )
VERIZON WIRELESS,                )
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motions for leave to file documents as restricted (Filing No. 333 and Filing No. 336 in 8:12CV122; Filing No. 227 and Filing No. 230 in 8:12CV123; Filing No. 240 and Filing No. 243 in 8:12CV124; Filing No. 220 and Filing No. 223 in 8:12CV125; and Filing No. 210 and Filing No. 213 in 8:12CV126).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions for leave to file documents as restricted are granted; the documents as enumerated in the motions are filed as restricted pending further order of the Court.

DATED this 5th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court