IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES LLC,      )
                             )
          Plaintiff,         )         8:12CV122
                             )
     v.                      )
                             )
AT&T MOBILITY, LLC,          )         ORDER
                             )
          Defendant.         )
_____)
```

      This matter is before the Court on the plaintiff's motion for leave to file documents as restricted (Filing No. 355) The Court finds the motions should be granted. Accordingly,

      IT IS ORDERED that the motion is granted; the documents as enumerated in the motion are filed as restricted pending further order of the Court.

      DATED this 12th day of August, 2014.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court