IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's motions for leave to restrict documents (Filing No. 363 and Filing No. 370) and motion for leave to file documents under seal (Filing No. 366). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; the documents as enumerated in the respective motions are filed as restricted and sealed pending further order of the Court.

DATED this 15th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court