IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV122 |
| ) | | |
| v. ) | | |
| ) | | |
| AT&T MOBILITY, LLC, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV123 |
| ) | | |
| v. ) | | |
| ) | | |
| SPRINT SPECTRUM L.P., ) | | |
| d/b/a SPRINT PCS, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV124 |
| ) | | |
| v. ) | | |
| ) | | |
| T-MOBILE USA, INC., ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV125 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES CELLULAR ) | | |
| CORPORATION, d/b/a U.S. ) | | |
| CELLULAR, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

```
PRISM TECHNOLOGIES LLC,        )
                               )
          Plaintiff,           )         8:12CV126
                               )
     v.                        )
                               )
CELLCO PARTNERSHIP d/b/a       )
VERIZON WIRELESS,              )
                               )
          Defendant.           )
_____)
```

This matter is before the Court in regard to numerous requests to file documents as restricted or under seal. The Court finds that the parties may use their discretion when filing such documents as restricted or under seal; and no separate motion need be filed.

If opposing counsel at any time objects to documents having been restricted or sealed, an appropriate request may be made to the Court, in writing, for relief therefrom. Accordingly,

IT IS ORDERED that the parties may file documents as restricted or sealed, without the necessity of filing a separate motion, subject to the above terms.

DATED this 15th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court