IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiff's motion for leave to file documents as restricted (Filing No. 376). Inasmuch as the Court has granted the parties leave to file documents as restricted or under seal at their discretion (Filing No. 374), plaintiff's motion will be denied as moot. Accordingly,

IT IS ORDERED that plaintiff's motion is denied as moot.

DATED this 19th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court