IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | 8:12CV122 |
| v. | ) | |
| AT&T MOBILITY, LLC, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the stipulation on joint notice of agreements on motions in limine (Filing No. 387). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties concerning trial testimony is approved and adopted. The parties shall adhere to the agreements contained in the stipulation as if fully set forth herein.

DATED this 24th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court