IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,                 )
                                         )
            Plaintiff,                   )          8:12CV122
                                         )
       v.                                )
                                         )
AT&T MOBILITY, LLC,                      )                ORDER
                                         )
            Defendant.                   )
_____ )


        This matter is before the Court on the plaintiff's
motion (Filing No. 407) to strike the defendant's "notice of new
authority" (Filing No. 404).  The defendant filed a *Daubert*
motion (Filing No. 261) to exclude the plaintiff's damages
expert.  The Court granted that motion (Filing No. 411).  In the
interim, the defendant filed the "notice" at issue in this
motion.  Because the Court did not rely upon the defendant's new
authority in disposing of the *Daubert* motion, the issue is moot.

        IT IS ORDERED that the plaintiff's motion (Filing No.
407) is denied as moot.

        DATED this 24th day of September, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court