IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the objections (Filing No. 467) of plaintiff Prism regarding certain trial issues. The issues regard whether AT&T may present the Frankel Reference at trial, whether Mr. Taylor may testify regarding the Fox Reference, whether AT&T may call Mr. Neal, and whether Mr. Greendyk may testify regarding a technical document.

As to Mr. Greendyk, the Court wishes to have a better understanding of how Mr. Greendyk intends to testify and whether his testimony will have the requisite foundation. The Court finds as follows.

IT IS ORDERED:

1) Plaintiff's objection regarding the Frankel Reference is sustained, and it is excluded.

2) Plaintiff's objection regarding Mr. Taylor is sustained, and he may not offer testimony on the Fox reference.

      3) Plaintiff's objection regarding Mr. Neal is overruled.  The Court's order (Filing No. 421) stands.

      4) The Court defers the question of Mr. Greendyk until the time of his testimony.

      DATED this 21st day of October, 2014.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court