IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
          Plaintiff,          )         8:12CV122
                              )
     v.                       )
                              )
AT&T MOBILITY, LLC,           )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint motion to extend deadline to respond to motion to seal (Filing No. 494). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted. The parties have until November 21, 2014, to respond to the motion to seal (Filing No. 493).

DATED this 21st day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court