### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | : |
| | :   Civil Action No. 8:12-cv-122-LES-TDT |
| Plaintiff, | : |
| v. | :   Judge Lyle E. Strom |
| | : |
| AT&T MOBILITY, LLC, | :   **JOINT MOTION AND STIPULATION OF** |
| | :   **DISMISSAL** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Fed. R .Civ. P. 41 and NECivR 7.3, Plaintiff Prism Technologies LLC ("Prism") and Defendant AT&T Mobility, LLC ("AT&T Mobility") hereby stipulate and jointly move, with the Court's permission and pursuant to a settlement agreement reached between the parties, for the entry of an order dismissing with prejudice all Prism's claims against AT&T Mobility and all of AT&T Mobility's claims against Prism in the above-captioned matter, each party to bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court enter the [Proposed] Order of Dismissal submitted herewith.

Dated: December 23, 2014

By: s/ Mark A. Baghdassarian
Mark A. Baghdassarian
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
mbaghdassarian@kramerlevin.com

By: s/ David R. Clonts (with consent)
David R. Clonts, Esq.
**Akin Gump Strauss Hauer & Feld**
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Tel: (713) 220-5800
Fax: (713) 236-0822
dclonts@akingump.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

*Attorneys for Defendant*
*AT&T Mobility, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 23rd day of December 2014.

*s/ Mark A. Baghdassarian*
Mark A. Baghdassarian