IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,           )
                                   )
                Plaintiff,         )                 8:12CV122
                                   )
         v.                        )
                                   )
AT&T MOBILITY, LLC,                )                   ORDER
                                   )
                Defendant.         )
_____)


        This matter is before the Court on the joint motion and

stipulation of dismissal (Filing No. 497).  The Court finds the

stipulation should be approved and adopted, and the motion should

be granted.  Accordingly,

        IT IS ORDERED:

        1) The stipulation of the parties is approved and

adopted.

        2) The joint motion is granted; this action is

dismissed with prejudice as to all of Prims's claims against AT&T

Mobility and to all of AT&T Mobility's claims against Prism.

Each party shall bear its own costs and attorney fees.

        DATED this 29th day of December, 2014.

                                BY THE COURT:

                                /s/ Lyle E. Strom

                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court