IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
            Plaintiff,         )          8:12CV122
                               )
       v.                      )
                               )
AT&T MOBILITY, LLC,            )          ORDER
                               )
            Defendant.         )
_____)
```

Prism Technologies, LLC, AT&T Mobility, LLC, and non-parties Sprint Spectrum L.P., T-Mobile USA, Inc., U.S. Cellular Corp., and Cellco Partnership (d/b/a Verizon Wireless) came before the Court on the non-parties' request for transcript (Filing No. 492), AT&T's unopposed motion to seal the trial transcript (Filing No. 493), and AT&T's request for transcript (Filing No. 499). After conference with counsel,

IT IS ORDERED:

1) The court reporter shall transcribe the entirety of the trial held October 14-October 23, 2014, inclusive, including all voir dire, opening statements, testimony, argument, and all other proceedings, whether or not recorded in the presence of the jury, at the expense of each ordering party.

2) The unredacted transcript shall be permanently sealed. The court reporter is permitted to sell and disseminate copies of this unredacted sealed transcript only to the parties

and non-parties pursuant to the terms and conditions of the Joint Stipulation (Filing No. 496), to wit: Prism Technologies, AT&T Mobility, LLC, Sprint Spectrum L.P., T-Mobile USA, Inc., U.S. Cellular Corp., and Cellco Partnership.

3) The court reporter is prohibited from selling the unredacted sealed transcript to any other individual or entity. The parties and non-parties have separately agreed on restrictions to the dissemination of this transcript. Sprint Spectrum L.P., T-Mobile USA, Inc., U.S. Cellular Corp., and Cellco Partnership are all permitted to immediately use this transcript in each of their respective cases currently pending before this Court.[1]

4) Within seven (7) days of the court reporter providing the completed unredacted transcript to AT&T Mobility, AT&T must serve proposed redactions on counsel for Prism Technologies, LLC, Sprint Spectrum L.P., T-Mobile USA, Inc., U.S. Cellular Corp., and Cellco Partnership.

5) Within seven (7) days of receiving AT&T's proposed redactions, the requesting non-parties (and Prism) must serve on

---

[1] Prism Technologies, LLC v. Sprint Spectrum L.P., 8:12CV123; Prism Technologies, LLC v. T-Mobile USA, Inc., 8:12CV124; Prism Technologies, LLC v. U.S. Cellular Corp., 8:12CV125; Prism Technologies, LLC v. Cellco Partnership, 8:12CV126).

AT&T Mobility, LLC, their objections, if any, to AT&T's proposed redactions.

  6) Also within seven (7) days of receiving AT&T's proposed redactions, the parties and non-parties shall jointly notify the Court of AT&T's proposed redactions and the objections, if any, the requesting parties and/or non-parties have to those proposed redactions.

  7) The Court will review the proposed redactions and either approve or reject them.  To the extent Court approves any redactions proposed by AT&T, the court reporter will redact from the permanently sealed transcript those portions of the transcript that were approved by the Court.  The court reporter shall file the final, redacted transcript with the Court.

  DATED this 30th day of January, 2015.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court