IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES LLC,      )
                             )
          Plaintiff,         )          8:12CV122
                             )
     v.                      )
                             )
AT&T MOBILITY, LLC,          )          ORDER
                             )
          Defendant.         )
_____)
```

This matter comes before the Court on the parties' proposed permanent redactions (Filing No. 520) to the trial transcript. Pursuant to its previous order (Filing No. 500), the Court finds as follows.

To the extent that the parties agree to the proposed redactions, the Court will order those portions of the transcript redacted. The parties only contest one portion of the transcript. The Court will adopt AT&T's proposed redactions. The court reporter shall apply these redactions and then file the final, redacted transcript within twenty-one days of this order.

IT IS ORDERED:

1) The parties' uncontested redactions are adopted.

2) AT&T's redactions for the only contested portion of the transcript are adopted.

3) The Court Reporter shall file the final, redacted transcript within twenty-one days of this order.

DATED this 23rd day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court