IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES LLC,           )
                                  )
                Plaintiff,        )          8:12CV122
                                  )
        v.                        )
                                  )
AT&T MOBILITY, LLC,               )               ORDER
                                  )
                Defendant.        )
_____)

This matter comes before the Court on the parties' joint notice identifying AT&T's proposed Redactions and Designations to the Court's Daily Trial Transcripts (Filing No. 524). There is no dispute over the proposed designations. Pursuant to its previous order (Filing No. 523), the Court will adopt the proposed designations. The court reporter shall redact the proposed Designations and Redactions and file the final, redacted Daily Trial Transcripts on or before April 3, 2015.

IT IS ORDERED:

1) The Court adopts the joint proposed designations and redactions.

2) The court reporter shall redact the proposed
Designations and Redactions and file the final, redacted Daily
Trial Transcripts on or before April 3, 2015.

DATED this 13th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court